ACCEPTED
14-15-00787-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 10:34:00 AM
CHRISTOPHER PRINE
CLERK



GARRETT GIBSON
gibson@wrightclose.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 10:34:00 AM
CHRISTOPHER A. PRINE
Clerk

October 20, 2015

Hon. Christopher Prine                    ***Via Electronic Submission***
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

     Re:    Cause No. 14-15-00787-CV
           *Berkel & Company Contractors, Inc. v. Tyler Lee and Leigh Ann Lee,*
           *Individually and as Next Friend of Sydney Rose Lee, A Minor*

Dear Mr. Prine:

In response to your letter of October 20, 2015, regarding non-payment to court reporter Jill Friedrichs, Berkel & Company Contractors, Inc. encloses herewith a copy of a check for Jill Friedrichs, which was sent to her via U.S. Mail today.

Thank you for your assistance in this matter.

Very truly yours,

Garrett Gibson
WRIGHT & CLOSE, LLP

WRIGHT & CLOSE, LLP
ONE RIVERWAY, SUITE 2200, HOUSTON, TEXAS 77056 • TEL: 713.572.4321 • FAX: 713.572.4320

19565

Jill Friedrichs CSR
10/19/15   579.467 Transcript                    10192015            808.00                808.00

10/20/15          19565              Gross:          808.00  Ded:          0.00  Net:          808.00

19565
35-1054/1130
21343

**WRIGHT & CLOSE, LLP**
ONE RIVERWAY SUITE 2200
HOUSTON, TX 77056

10/20/15                              ****$808.00
DATE                                   AMOUNT

*** EIGHT HUNDRED EIGHT & 00/100 DOLLARS

PAY
TO THE      Jill Friedrichs CSR
ORDER       Official Court Reporter
OF          412th District Court
            111 E. Locust, Room 201
            Angleton  TX  77515

                                        AUTHORIZED SIGNATURE

19565